**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

UNITED STATES OF AMERICA,                     :

     -against-                                  :

                                  :          ORDER

XIANG GAO, OLEKSANDR KLOCHKOV,      :
AND IGORS KRICFALUSIJS,                       :          24 Crim. 707 (GBD)

                   Defendants.        :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

     This Court is in receipt of the parties' proposed trial schedule.  (ECF No. 30.)  The final

pretrial conference is hereby scheduled for November 13, 2026, at 10 a.m.  Jury selection and trial

are hereby scheduled to begin on November 30, 2026.

     This Court adopts the parties' proposed pretrial disclosure schedule:

| Date | Deadline |
| --- | --- |
| October 9, 2026 | All Parties' Expert Notices (Rules 16(a)(1)(G), (b)(1)(C)) |
| October 29, 2026 | Motions *in Limine* <br><br> Rule 16(b)(1)(A)-(B) Reciprocal Discovery |
| November 5, 2026 | Proposed Jury Instructions, Voir Dire, and Verdict Form <br><br> Responses to Motions in Limine |
| November 9, 2026 | All Parties' Exhibits <br><br> 18 U.S.C. § 3500 Material |

Time is excluded between May 14, 2026, and November 30, 2026, pursuant to the Speedy

Trial Act, 18 U.S.C. § 3161(h)(7)(A), and in the interests of justice.


Dated: May 18, 2026
       New York, New York

                                SO ORDERED.

                                GEORGE B. DANIELS
                                United States District Judge