Case 1:24-cr-00707-GBD Document 37 Filed 08/05/26 Page 1 of 2

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 5, 2026

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**
George B. Daniels
**George B. Daniels, U.S.D.J.**
**Dated:** AUG 05 2026

**Re:** ***United States v. Xiang Gao*, et al., 24 Cr. 707 (GBD)**

Dear Judge Daniels:

The Government respectfully writes to request that the Court so-order an additional pretrial motion schedule in the above-referenced matter.

On May 18, 2026, the Court adopted the parties' proposed pretrial motion schedule. (Dkt. 31). In preparation for trial, the Government and counsel for defendant Igors Kricfalusijs have identified additional motions that require the Court's intervention. Specifically, the Government intends to move to re-designate certain discovery material as "Attorney's Possession Only" under a Revised Proposed Protective Order. Kricfalusijs intends to file a motion to order the Government to disclose the identities of its confidential sources. The Government and counsel for Kricfalusijs believe that early rulings on the forthcoming motions are necessary to protect the safety of the Government's witnesses, and to adequately prepare for trial, respectively.

Accordingly, the Government and counsel for Kricfalusijs respectfully request that the Court so-order the following proposed schedule: moving briefs to be filed on August 11, 2026; opposition briefs to be filed on August 18, 2026, with the prior pretrial motion schedule (Dkt. 31) to remain in place.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Amanda Weingarten
Amanda C. Weingarten
Robert S. Ruff
Assistant United States Attorneys
Southern District of New York
(212) 637-2257/2522

cc (by ECF): Renee Wong, Esq.
Mitchell Schwartz, Esq.
Patrick Joyce, Esq.