**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

-against- :

XIANG GAO, OLEKSANDR KLOCHKOV, :
AND IGORS KRICFALUSIJS, :

Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

24 Crim. 707 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on the parties' outstanding motions, (ECF Nos. 39–40,) is hereby scheduled for September 24, 2026, at 10:30 a.m.

Dated: September 9, 2026
New York, New York

SO ORDERED.

George B. Daniels
GEORGE B. DANIELS
United States District Judge